UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ENHELICA NIEVES WIGGINS,

       Defendant.
_____/

Case No. 1:23–mj–181

Charging District's
Case No. 19–cr–20128

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Eastern District of Michigan.

The defendant is requesting court–appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED**:  The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated:  April 25, 2023

/s/ Phillip J. Green
PHILLIP J. GREEN
U.S. Magistrate Judge